

# Fourth Court of Appeals
## San Antonio, Texas

April 10, 2013

No. 04-12-00211-CV

John E. **RODARTE**,
Appellant

v.

**BEXAR COUNTY, TEXAS** and Sheriff Ralph Lopez, et al.,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-18884
Honorable Fred Shannon, Judge Presiding

## O R D E R

Sitting:      Karen Angelini, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Appellant's motion for extension of time is denied as moot because his motion for rehearing ("Appellant's Response to Memorandum Decision") was timely filed on March 28, 2013. The motion for rehearing is pending.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of April, 2013.

_____
Keith E. Hottle, Clerk of Court